## EL PUEBLO v. ACOSTA.

APELACIÓN procedente de la Corte de Distrito de

Humacao.

No. 9. Resuelto en Junio 15, 1905.

ACUSACIÓN.—EXCEPCIONES.—Las excepciones contra la acusación que no hubieren sido alegadas oportunamente y en propia forma, ante la Corte inferior, no pueden ser discutidas en la apelación.

Resuelto por los méritos de la jurisprudencia establecida en el caso de El Pueblo v. López, p.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy,* Fiscal.

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del Tribunal.

El presente es un recurso de apelación interpuesto por Serafín Acosta contra sentencia de la Corte de Distrito de Humacao que le condena en causa por perjurio, á la pena de un año de prisión, con trabajos forzados, en la Penitenciaría de San Juan y al pago de las costas.

Los fundamentos del presente recurso son sustancialmente idénticos á los que sirvieron de base al recurso de apelación en el caso de Antonio López, y entendemos que las razones expuestas en el dictámen emitido para la resolución del segundo recurso son aplicables al presente caso, si bien debemos añadir en cuanto á la segunda infracción alegada que no habiendo formulado la representación del acusado reparo alguno contra la acusación, bien por medio de moción para anularla, bien por medio de excepción contra la prueba no cabe discutir esa supuesta infracción.

Por las razones expuestas procede se confirme la sentencia apelada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras y MacLeary.